UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANFREDIS ALVARENGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-543 (GK) |
| | ) | |
| PHO DC, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This Fair Labor Standards Act case was filed on April 1, 2014. On April 28, 2014, Plaintiff filed a Return of Service Affidavit. Since then, Defendant has not appeared or filed a responsive pleading, nor has there been any other activity in the case.

On September 17, 2014, the Court issued an Order to Show Cause by October 1, 2014, why the case should not be dismissed for lack of prosecution. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 630 (1962). The Court has received no response. Accordingly, it is hereby

**ORDERED,** that this case is dismissed for lack of prosecution.

October 2, 2014

_Gladys Kessler_
Gladys Kessler
United States District Judge

**Copies to**: attorneys on record via ECF